UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT ALVES,

    Plaintiff,

v.                                           Case No:   2:17-cv-664-FtM-29MRM

B&W PAVING CONTRACTORS OF
SOUTHWEST FLORIDA, INC. and
CHARLES WILLEY,

    Defendants.
_____/

## ORDER

    Pending before the Court is Plaintiff's Unopposed Motion to Add Party Plaintiff (Doc. 20), filed on August 6, 2018.  Plaintiff requests that the Court allow him to join Kevin Ferrell as a party Plaintiff to this action.  (*Id.* at 1).  Opposing parties do not oppose the relief requested.  (*Id.* at 2).

    Under Fed. R. Civ. P. 20(a)(1), a person may join in an action as a plaintiff if he or she asserts "any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and any question of law or fact common to all plaintiffs will arise in the action."  Here, Plaintiff argues that he and Kevin Ferrell "were both drivers/laborers and both assert claims for unpaid overtime."  (Doc. 20 at 2).  As a result, Plaintiff contends that "[c]ommon questions of law and fact will arise in this action."  (*Id.*).  Additionally, Plaintiff states that "both Plaintiff and Defendants agree that it would conserve the resources of all parties, and this Court, to include Mr. Ferrell in this suit rather than file a separate lawsuit."  (*Id.*).

After careful review of Plaintiff's Motion and without objection by Defendants, the Court finds that Kevin Ferrell should be permitted to join in as a party Plaintiff in this action. Here, it appears that Mr. Farrell asserts "any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(a)(1). Specifically, it appears that Mr. Ferrell and Plaintiff were both drivers/laborers for Defendants and that both Mr. Farrell and Plaintiff allege claims against Defendants for unpaid overtime. (*See* Doc. 20 at 2). Thus, joinder should be permitted here. *See* Fed. R. Civ. P. 20(a)(1).

For the sake of clarity, however, the Court finds that requiring Plaintiffs to file an Amended Complaint that includes Kevin Ferrell as a party Plaintiff will benefit the Court and the parties going forward. Plaintiffs must file an Amended Complaint within seven (7) days from the date of the Court's Order.

**IT IS HEREBY ORDERED:**

1) Plaintiff's Unopposed Motion to Add Party Plaintiff (Doc. 20) is **GRANTED**.

2) Within seven (7) days from the date of the Court's Order, Plaintiffs must file an Amended Complaint that includes Kevin Ferrell as a party Plaintiff.

**DONE AND ORDERED** in Fort Myers, Florida on August 7, 2018.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties