# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

ROBERT ALVES, and
KEVIN FERRELL,

       Plaintiffs,

vs.                                       CASE NO.:  2:17-CV-00664-JES-MRM

B&W PAVING CONTRACTORS OF
SOUTHWEST FLORIDA, INC., a
Florida Profit Corporation, and
CHARLES WILLEY, Individually,

       Defendants.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT

COMES NOW, Defendants, B&W PAVING CONTRACTORS OF SOUTHWEST FLORIDA, INC., a Florida Profit Corporation, and CHARLES WILLEY, individually, (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby respond to the allegations made in Plaintiffs', ROBERT ALVES and KEVIN FERRELL (herein collectively referred to as "Plaintiffs") Amended Complaint and assert Defendants' Answer and Affirmative Defenses, and state as follows:

### JURISDICTION

1.      Admitted only that this is a claim pursuant to the Fair Labor Standards Act ("FLSA") and jurisdiction in this Court is proper, however, denied as to any liability.

2.      Admitted for jurisdiction purposes, however, denied as to any liability.

### PARTIES

3.      Admitted.

4.      Without knowledge, and therefore denied.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Paragraph 8 of the Amended Complaint contains conclusions of law for which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

9.      Paragraph 9 of the Amended Complaint contains conclusions of law for which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

10.      Paragraph 10 of the Amended Complaint contains conclusions of law for which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

11.      Paragraph 11 of the Amended Complaint contains conclusions of law for which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

12.      Paragraph 12 of the Amended Complaint contains conclusions of law for which no response is required. To the extent that a response is deemed necessary, Defendants deny the allegations.

13.      Admitted.

14.      Admitted.

15.     The allegations contained in Paragraph 15 of the Amended Complaint are denied.

**STATEMENT OF FACTS**

16.     The allegations contained in Paragraph 16 of the Amended Complaint are denied.

17.     The allegations contained in Paragraph 17 of the Amended Complaint are denied.

18.     The allegations contained in Paragraph 18 of the Amended Complaint are denied.

19.     The allegations contained in Paragraph 19 of the Amended Complaint are denied.

20.     The allegations contained in Paragraph 20 of the Amended Complaint are denied.

21.     The allegations contained in Paragraph 21 of the Amended Complaint are denied.

22.     The allegations contained in Paragraph 22 of the Amended Complaint are denied.

23.     Admitted.

24.     The allegations contained in Paragraph 24, including subparts A. through C. of the Amended Complaint are denied.

25.     The allegations contained in Paragraph 25 of the Amended Complaint are denied.

26.     The allegations contained in Paragraph 26 of the Amended Complaint are denied.

27.     The allegations contained in Paragraph 27 of the Amended Complaint are denied.

28.     The allegations contained in Paragraph 28 of the Amended Complaint are denied.

29.     The allegations contained in Paragraph 29 of the Amended Complaint are denied.

30.     The allegations contained in Paragraph 30 of the Amended Complaint are denied.

31.     The allegations contained in Paragraph 31 of the Amended Complaint are denied.

32.     The allegations contained in Paragraph 32 of the Amended Complaint are denied.

33.     The allegations contained in Paragraph 33 of the Amended Complaint are denied.

## COUNT I
## RETALIATION IN VIOLATION OF § 215(a)(3)
## FOR PLAINTIFF ROBERT ALVES

34.     Defendants hereby reincorporate by reference their answers to Paragraphs 1 through 33, as though fully set forth herein. Defendants deny each and every allegation not specifically admitted above.

35.     Defendants deny the allegations in Paragraph 35 of the Amended Complaint.

36.     Defendants deny the allegations in Paragraph 36 of the Amended Complaint.

37.     Defendants deny the allegations in Paragraph 37 of the Amended Complaint.

38.     Defendants deny the allegations in Paragraph 38 of the Amended Complaint.

39.     Defendants deny the allegations in Paragraph 39 of the Amended Complaint.

40.     Defendants deny the allegations in Paragraph 40 of the Amended Complaint.

Plaintiffs' WHEREFORE clause requires no responsive pleading. To the extent that an answer may be required, Defendants deny that Plaintiff ALVES is entitled any relief in this action.

## COUNT II
## RECOVERY OF OVERTIME COMPENSATION
## FOR ALL PLAINTIFFS

41.     Defendants hereby reincorporate by reference their answers to Paragraphs 1 through 33, as though fully set forth herein. Defendants deny each and every allegation not specifically admitted above.

42.     Defendants deny the allegations in Paragraph 42 of the Amended Complaint.

43.     Defendants deny the allegations in Paragraph 43 of the Amended Complaint.

44.     Defendants deny the allegations in Paragraph 44 of the Amended Complaint.

45.     Defendants deny the allegations in Paragraph 45 of the Amended Complaint.

46.     Defendants deny the allegations in Paragraph 46 of the Amended Complaint.

47.     Defendants deny the allegations in Paragraph 47 of the Amended Complaint.

48.     Defendants deny the allegations in Paragraph 48 of the Amended Complaint.

49.     Defendants deny the allegations in Paragraph 49 of the Amended Complaint.

Plaintiffs' WHEREFORE clause, including subparts (a) through (c), requires no responsive pleading. To the extent that an answer may be required, Defendants deny that Plaintiff is entitled any relief in this action

## **AFFIRIMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Plaintiffs have failed to state claims upon which relief can be granted.

### **SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

### **THIRD AFFIRMATIVE DEFENSE**

Without admitting any violations of the Fair Labor Standards Act, the *de mimimus* rule applies to any alleged violations.

## FOURTH AFFIRMATIVE DEFENSE

Pursuant to 29 U.S.C. § 259, Defendants assert that it is not liable for any alleged violations of the FLSA because it relied upon Department of Labor regulations, orders, rulings, approvals, or interpretations for its compliance.

## FIFTH AFFIRMATIVE DEFENSE

Pursuant to Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, Defendants allege that all actions taken in connection with the payment of Plaintiffs' wages were taken in good faith and with reasonable grounds to believe compliance with the Fair Labor Standards Act.  Therefore, even assuming liability, which Defendants deny, Plaintiffs are not entitled to the payment of liquidated damages.

## SIXTH AFFIRMATIVE DEFENSE

Without admitting liability, Defendants affirmatively alleges that time spent by Plaintiffs on breaks or meal periods is not compensable.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants affirmatively assert that pursuant to 29 U.S.C. § 254, time spent by Plaintiffs performing preliminary or post-liminary activities, personal activities, or commuting are not compensable.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' failure to report hours, if any, bars recovery for those hours.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs have been paid both the state and federal minimum wage for all hours worked.

## DEMAND FOR TRIAL BY JURY

Defendants hereby demand a jury trial as to all issues so triable.

Respectfully submitted,

By: */s/Jason L. Gunter*
Jason L. Gunter
Florida Bar No. 0134694
Jason@gunterfirm.com
Conor P. Foley
Florida Bar No. 111977
Conor@gunterfirm.com
**GUNTERFIRM**
1514 Broadway, Ste. 101
Fort Myers, FL 33901
Telephone: (239) 334-7017
Facsimile:  (239) 236-8008
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system this _28TH day of August, 2018.

*/s/ Jason L. Gunter*
Jason L. Gunter, Esq.